**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| STANLEY PACE, an individual<br><br>Plaintiff,<br><br>v.<br><br>AMBI SERVICOS DE INTERNET LTDA., a Brazil corporation,<br><br>Defendant. | Case No. 2:18-cv-01172-TSZ<br><br>**ORDER DIRECTING FOREIGN SERVICE OF PROCESS UNDER FED. R. CIV. P. 4(f)(2)(C)(ii) AND FED. R. CIV. P. 4(f)(3)** |

This matter, having come before the Court on Plaintiff Stanley Pace's Motion for an Order Directing Foreign Service of Process Under Rule 4(f)(2)(C)(ii) and Rule 4(f)(3) of the Federal Rules of Civil Procedure, docket no. 7, and the Court having considered the Motion and finding that the proposed alternative service is reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections, *see Rio Properties, Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016 (9th Cir. 2002), the Court now, therefore, ORDERS that Plaintiff's Motion for an Order Directing Foreign Service of Process is hereby GRANTED.

It is further ORDERED that under Rule 4(f)(2)(C)(ii), the Clerk of this Court shall serve process on Defendant Ambi Servicos de Internet Ltda. by sending, via DHL

Express, with signature required (1) the Civil Cover Sheet; (2) Complaint; (3) Summons; and (4) and a copy of this Order, all as prepared by Plaintiff, to the following address:

>Ambi Servicos de Internet Ltda.
>Av. Presidente Vargas n. 962/204
>Rio de Janeiro–RJ
>20071-002
>Brazil

Plaintiff shall ensure that the Clerk has the requisite pre-paid and pre-addressed envelope, in addition to all information necessary, to carry out the above directions.

It is further ORDERED that under Rule 4(f)(3), Plaintiff is authorized to serve process on Defendant Ambi Servicos de Internet Ltda. by sending (1) the Civil Cover Sheet; (2) Complaint; (3) Summons; and (4) and a copy of this Order as follows:

1. By DHL to the following address:

>Ambi Servicos de Internet Ltda.
>Av. Presidente Vargas n. 962/204
>Rio de Janeiro–RJ
>20071-002
>Brazil

2. By email to roni@suamusica.com.br;

3. By email to leonardo.moura@silveiro.com.br; and

4. By facsimile to +55 51 30218777.

DATED this 17th day of January, 2019.

_____
Thomas S. Zilly
United States District Judge