HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STANLEY PACE,<br>an individual,<br><br>              Plaintiff,<br><br>v.<br><br>AMBI SERVICOS DE INTERNET LTDA.,<br>a Brazil corporation<br><br>              Defendant. | Civil Action No.: 2:18-cv-01172-TSZ<br><br>STIPULATION AND ORDER TO<br>EXTEND TIME FOR<br>DEFENDANT TO RESPOND TO<br>COMPLAINT |

Pursuant to Local Rules 7 and 10(g), the parties through their undersigned counsel submit for the Court's approval this stipulation to extend the time for Defendant to answer or otherwise respond to the complaint by twenty (20) days. In support of this stipulation, the parties state as follows:

Plaintiff filed its Complaint on August 9, 2018 (Dkt. 1). Pursuant to the Court's Order Directing Foreign Service of Process (Dkt. 9), the summons and complaint was delivered to Defendant on January 30, 2019 making Defendant's response to the complaint due on February 20, 2019. Counsel for Defendant was engaged on February 18, 2019 and counsel promptly filed a Notice of Appearance on February 19, 2019 (Dkt. 12).

In order to provide Defendant and its counsel with sufficient time to investigate the claims and prepare an answer or otherwise respond to the complaint, the parties hereby stipulate and agree to a 20-day extension of time from February 20, 2019 to March 12, 2019.

STIPULATION AND ORDER TO EXTEND
TIME FOR DEFENDANT TO RESPOND TO
COMPLAINT
Case No. 2:18-cv-1172-TSZ                          1

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated this 20th day of February, 2019.

NEWMAN & DU WORS LLP                    SEED IP LAW GROUP LLP

 s/ Derek Linke                          s/Marc C. Levy
Derek Alan Newman                       Marc C. Levy, WSBA No. 19203
Derek Linke                             Russell C. Pangborn, WSBA No. 36534
2101 Fourth Avenue, Suite 1500          701 Fifth Avenue, Suite 5400
Seattle, WA  98121                      Seattle, WA 98104
Derek@newmanlaw.com                     Telephone: (206) 622-4900
Linke@newmanlaw.com                     Facsimile: (206) 682-6031
                                        MarcL@seedip.com
Howard M Neu                            RussP@seedip.com
LAW OFFICE OF HOWARD NEU, PA
4839 SW Volunteer Road, Ste 512         *Attorneys for Defendant,*
Southwest Ranches, FL  33330            *Ambi Servicos de Internet Ltda.*
Howard@neulaw.com

*Attorneys for Plaintiff,*
*Stanley Pace*


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 21st day of February, 2019.

                                        _Thomas S. Zilly_

                                        Thomas S. Zilly
                                        United States District Judge

STIPULATION AND ORDER TO EXTEND
TIME FOR DEFENDANT TO RESPOND TO
COMPLAINT
Case No. 2:18-cv-1172-TSZ              2

SEED INTELLECTUAL PROPERTY LAW GROUP LLP
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900