The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STANLEY PACE, an individual<br><br>Plaintiff,<br><br>v.<br><br>AMBI SERVICOS DE INTERNET LTDA., a Brazil corporation,<br><br>Defendant. | Case No. 2:18-cv-01172-TSZ<br><br>**JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

JOINT STIPULATION AND ORDER SETTING
BRIEFING SCHEDULE - 1
[Case No. 2:18-cv-01172-TSZ]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Plaintiff Stanley Pace and Defendant Ambi Servicos de Internet Ltda. stipulate to and respectfully request an order setting a briefing schedule under Local Civil Rule 7(k) as follows:

1. The parties anticipate filing cross-motions for summary judgment, as stated in their Joint Status Report and Discovery Plan (Dkt. # 17), at § 5(A).
2. The parties have agreed to a proposed briefing schedule for their anticipated cross motions as follows, including a proposal for combined briefing to reduce the total number of filings.

NOW THEREFORE, the parties stipulate and agree and respectfully request, that the Court enter an order providing a briefing schedule for their cross motions for summary judgment as follows:

1. Pace will file his motion on or before June 13, 2019 with a noting date of Friday, July 26, 2019 (this brief shall not exceed twenty-four pages);
2. Ambi Servicos will file its combined cross-motion (also noted for July 26, 2019) and response to Pace's motion on or before July 1, 2019 (this brief shall not exceed twenty-four pages);
3. Pace will file his combined response to Ambi Servicos' cross-motion and reply brief on or before July 19, 2019 (this brief shall not exceed twenty-four pages); and
4. Ambi Servicos will file its reply brief in support of its cross-motion on or before Friday, July 26, 2019 (this brief shall not exceed twelve pages).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: May 30, 2019      Respectfully Submitted,

**NEWMAN DU WORS LLP**

s/ Derek A. Newman
s/ Derek Linke
Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Derek Linke, WSBA No. 38314
*linke@newmanlaw.com*
2101 Fourth Avenue, Suite 1500

**Seed IP Law Group LLP**

s/ Marc C. Levy
Marc C. Levy, WSBA No. 19203
*marcl@seedip.com*
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900

JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE - 2
[Case No. 2:18-cv-01172-TSZ]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Seattle, WA 98121  
Telephone: (206) 274-2800  
Facsimile: (206) 274-2801

Facsimile: (206) 682-6031

Attorneys for Defendant
Ambi Servicos de Internet Ltda.

**LAW OFFICE OF HOWARD NEU, P.A.**

s/ Howard Neu
Howard Neu, Esq. (admitted *pro hac vice*)
*howard@neulaw.com*
4839 S.W. Volunteer Road
Suite 512
Southwest Ranches, FL 33330
Telephone: (954) 662-1816
Facsimile: (954) 337-2324

Attorneys for Plaintiff
Stanley Pace

# ORDER

IT IS SO ORDERED.

DATED this 30th day of May, 2019.

_____
Thomas S. Zilly
United States District Judge

JOINT STIPULATION AND ORDER SETTING
BRIEFING SCHEDULE - 3
[Case No. 2:18-cv-01172-TSZ]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800