The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STANLEY PACE, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMBI SERVICOS DE INTERNET LTDA., a Brazil corporation,<br><br>　　　　Defendant. | Case No. 2:18-cv-01172-TSZ<br><br>**STIPULATION AND JOINT MOTION FOR ENTRY OF JUDGMENT**<br><br>NOTE ON MOTION CALENDAR:<br>June 26, 2019 |

Plaintiff Stanley Pace and Defendant Ambi Servicos de Internet Ltda., by and through their undersigned counsel of record, hereby stipulate to the entry of judgment in this action providing the following relief:

1. In accordance with 15 U.S.C. § 1114(2)(D)(v), a declaratory judgment under Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2201 that Pace's registration and use of the domain name SUAMUSICA.COM ("Domain Name") did not violate Defendant's rights under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), or otherwise under the Lanham Act, 15 U.S.C. § 1051 *et seq*.

2. Further in accordance with 15 U.S.C. § 1114(2)(D)(v), an order directing the registrar, Epik.com, to take all action necessary to enable the Domain Name; to

STIPULATION FOR ENTRY OF JUDGMENT - 1
[No. 2:18-cv-01172-TSZ]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

reactivate the Domain Name; to discontinue any suspension of the Domain Name; and to refrain from transferring the Domain Name from Pace to Ambi Servicos;

3. Plaintiff's remaining claims shall be dismissed without prejudice; and

4. Each party shall bear its own costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: June 26, 2019                              Respectfully Submitted,

**NEWMAN DU WORS LLP**                            **SEED IP LAW GROUP LLP**

s/ Derek A. Newman
s/ Derek Linke                                    s/ Marc C. Levy
Derek A. Newman, WSBA No. 26967                   Marc C. Levy, WSBA No. 19203
*dn@newmanlaw.com*                                *marcl@seedip.com*
Derek Linke, WSBA No. 38314                       701 Fifth Avenue, Suite 5400
*linke@newmanlaw.com*                             Seattle, WA 98104
2101 Fourth Avenue, Suite 1500                    Telephone: (206) 622-4900
Seattle, WA  98121                                Facsimile: (206) 682-6031
Telephone: (206) 274-2800
Facsimile: (206) 274-2801                         Attorneys for Defendant
                                                  Ambi Servicos de Internet Ltda.

**LAW OFFICE OF HOWARD NEU, P.A.**

s/ Howard Neu
Howard Neu, Esq. (admitted *pro hac vice*)
*howard@neulaw.com*
4839 S.W. Volunteer Road
Suite 512
Southwest Ranches, FL  33330
Telephone: (954) 662-1816
Facsimile: (954) 337-2324

Attorneys for Plaintiff
Stanley Pace

STIPULATION FOR ENTRY OF JUDGMENT - 2
[No. 2:18-cv-01172-TSZ]

**NEWMAN DU WORS LLP**

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800