The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STANLEY PACE, an individual<br><br>Plaintiff,<br><br>v.<br><br>AMBI SERVICOS DE INTERNET LTDA., a Brazil corporation,<br><br>Defendant. | Case No. 2:18-cv-01172-TSZ<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION FOR ENTRY OF JUDGMENT** |

Plaintiff Stanley Pace and Defendant Ambi Servicos de Internet Ltda. by and through their undersigned counsel of record move the Court to enter judgment on all claims in this action.

Based upon the parties' joint motion and documents previously filed herein, the Court GRANTS the parties' request.

THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The registrar of the domain name SUAMUSICA.com ("Domain Name"), Epik.com, is ordered to take all action necessary to enable the Domain Name; to reactivate the Domain Name; to discontinue any suspension of the Domain Name; and to refrain from transferring the Domain Name from Pace to Ambi Servicos.

2. As it relates to the Domain Name, Pace's registration and use of the Domain Name does not violate Defendant's rights under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), or otherwise under the Lanham Act, 15 U.S.C. § 1051 et seq.

3. The remainder of Plaintiff's claims are dismissed without prejudice.

4. Each party shall bear its own costs.

The Clerk of the Court is directed to enter Judgment in accordance herewith.

DATED this 16th day of July, 2019.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING STIPULATED ENTRY OF JUDGMENT - 2 [No. 2:18-cv-01172-TSZ]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Presented by:

**NEWMAN DU WORS LLP**

s/ Derek A. Newman
s/ Derek Linke
Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Derek Linke, WSBA No. 38314
*linke@newmanlaw.com*
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

**LAW OFFICE OF HOWARD NEU, P.A.**

s/ Howard Neu
Howard Neu, Esq. (admitted *pro hac vice*)
*howard@neulaw.com*
4839 S.W. Volunteer Road
Suite 512
Southwest Ranches, FL 33330
Telephone: (954) 662-1816
Facsimile: (954) 337-2324

Attorneys for Plaintiff
Stanley Pace

**Seed IP Law Group LLP**

s/ Marc C. Levy
Marc C. Levy, WSBA No. 19203
*marcl@seedip.com*
701 Fifth Avenue, Suite 5400
Seattle, WA 98104
Telephone: (206) 622-4900
Facsimile: (206) 682-6031

Attorneys for Defendant
Ambi Servicos de Internet Ltda.